**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: KAMRADT, JEANETTE § | Case No. 11-41637-BWB |
| KAMRADT, ALBERT § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/19/2013 in Courtroom        , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/11/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: KAMRADT, JEANETTE | § | Case No. 11-41637-BWB |
| KAMRADT, ALBERT | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,000.00 |
| *and approved disbursements of* | $ 342.46 |
| *leaving a balance on hand of* [1] | $ 13,657.54 |
| **Balance on hand:** | $ 13,657.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,657.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,150.00 | 0.00 | 2,150.00 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 1,025.00 | 0.00 | 1,025.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 38.16 | 0.00 | 38.16 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,400.85 | 0.00 | 1,400.85 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 43.13 | 0.00 | 43.13 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,657.14 |
| Remaining balance: | $ 9,000.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,000.40 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,000.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,189.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,601.00 | 0.00 | 2,684.50 |
| 2 | CANDICA, LLC | 1,766.04 | 0.00 | 493.80 |
| 3 | Capital One Bank (USA), N.A. | 5,924.42 | 0.00 | 1,656.50 |
| 4 | Portfolio Recovery Associates, LLC | 5,769.13 | 0.00 | 1,613.08 |
| 5 | Portfolio Recovery Associates, LLC | 2,751.15 | 0.00 | 769.24 |
| 6 | Midland Funding LLC | 2,108.27 | 0.00 | 589.49 |
| 7 | Dell Financial Services, LLC | 4,269.53 | 0.00 | 1,193.79 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,000.40 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:  $     0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-41637-BWB
Jeanette Kamradt                                                Chapter 7
Albert Kamradt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps              Page 1 of 3                  Date Rcvd: Jun 12, 2013
                               Form ID: pdf006          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2013.
```
db/jdb       #+Jeanette Kamradt,    Albert Kamradt,    14030 Cokes Road,    Homer Glen, IL 60491-7495
17919066     +Amex,    American Express Special Research,    PO Box 981540,    El Paso, TX 79998-1540
17919067     +Barclays Bank Delaware,    Attention: Bankruptcy,    PO Box 8801,    Wilmington, DE 19899-8801
20311651      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
17919068     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
17919070     +Chase,    201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
17919069     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17919071     +Chase Na,    Po Box 15298,    Wilmington, DE 19850-5298
17919072     +Chrysler Credit/TD Auto Finance,    Attention: Bankruptcy,    PO Box 551080,
               Jacksonville, FL 32255-1080
17919073     +Citi-bp Oil,    Po Box 6497,    Sioux Falls, SD 57117-6497
17919074     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
17919075    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    PO Box 81577,
               Austin, TX 78708)
17919077     +First Northern Cu,    300 W Adams St,    Chicago, IL 60606-5101
17919079     +First Usa/Chase,    Chase Card Services/Attn: Bankruptcy Dep,    PO Box 15298,
               Wilmington, DE 19850-5298
17919080     +Ford Motor Credit Corporation,    Ford Credit,    PO Box 6275,    Deerborn, MI 48121-6275
17919089     +Hsbc Bank,    ATTN: BANKRUPTCY,    PO Box 5213,    Carol Stream, IL 60197-5213
17919090     +Hsbc/bsbuy,    Pob 15521,    Wilmington, DE 19850-5521
17919091     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19927271      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
17919092     +Natl Cty Crd,    1 Ncc Pkwy,    Kalamazoo, MI 49009-8003
17919095    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541)
17919094     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
18272874     +Pulaski Savings Bank,    3156 S Morgan,    Chicago, IL 60608-6652
17919096     +Rnb-fields3/Macy’s,    Macy’s Bankruptcy Department,    PO Box 8053,    Mason, OH 45040-8053
17919097     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
17919098     +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
               Minneapolis, MN 55440-9475
17919099     +Unicorn Fncl/ChaseHealthAdvance,    AZ1-5734,    PO Box 71,    Phoenix, AZ 85001-0071
17919100     +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18430970     +E-mail/Text: bncmail@w-legal.com Jun 13 2013 01:58:31     CANDICA, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18498662      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2013 02:06:12      Capital One Bank (USA), N.A.,
               PO Box 248839,    Oklahoma City, OK  73124-8839
18407593      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2013 02:05:16      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17919076     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2013 02:06:10      Discover Fin,
               Attention: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
18759321      E-mail/Text: rmscedi@recoverycorp.com Jun 13 2013 02:02:17     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17919084     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:02:28     GEMB / HH Gregg,
               Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
17919085     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:01:54     GEMB / HH Gregg,
               Attention: Bankruptcy,    PO Box 103106,    Roswell, GA 30076-9106
17919086     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:05:48     GEMB / Old Navy,    Attention: GEMB,
               PO Box 103104,    Roswell, GA 30076-9104
17919081     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:05:48     Gecrb/amazon,    Po Box 981400,
               El Paso, TX 79998-1400
17919082     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:04:08     Gecrb/huppins,    Po Box 981439,
               El Paso, TX 79998-1439
17919083     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:04:08     Gecrb/walmar,    Po Box 981400,
               El Paso, TX 79998-1400
17919087     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:06:00     Gembppbycr,    GEMB/Attn: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
17919093     +E-mail/Text: bankrup@aglresources.com Jun 13 2013 01:51:45     Nicor Gas,
               Attention: Bankruptcy Department,    PO Box 190,    Aurora, IL 60507-0190
19927272      E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2013 02:04:34
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
17919065      E-mail/PDF: cbp@slfs.com Jun 13 2013 02:06:00     American General Finance/Springleaf Fina,
               Attention: Bankruptcy Department,    601 NW 2nd St.,    Evansville, IN 47708
                                                                                              TOTAL: 15
```

```
District/off: 0752-1              User: wepps               Page 2 of 3                   Date Rcvd: Jun 12, 2013
                                  Form ID: pdf006           Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17919078        First Pulaski Savings
18824575*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
18731531*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    Orchard/Non Prime,
                 PO Box 41067,   Norfolk VA 23541)
18731534*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    c/o Wal-mart,   PO Box 41067,
                 Norfolk VA 23541)
17919088      ##+Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
                                                                                              TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2013**                         **Signature:**       _Joseph Speetjens_

```
District/off: 0752-1           User: wepps                 Page 3 of 3                   Date Rcvd: Jun 12, 2013
                               Form ID: pdf006             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2013 at the address(es) listed below:

```
          David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
          Michael E Forkan    on behalf of Debtor Jeanette  Kamradt mef@michaelforkan.com,
           michael.forkan@gmail.com
          Michael E Forkan    on behalf of Joint Debtor Albert  Kamradt mef@michaelforkan.com,
           michael.forkan@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com
          Thomas B Sullivan    on behalf of Accountant Alan D Lasko tsullivan@innovalaw.com,
           IL19@ecfcbis.com
                                                                                             TOTAL: 8
```