**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KAMRADT, JEANETTE | § | Case No. 11-41637-BWB |
| KAMRADT, ALBERT | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $570,906.00    Assets Exempt: $383,206.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $10,063.56  Claims Discharged
>                  Without Payment: $22,125.98
>
> Total Expenses of Administration: $3,936.44

  3) Total gross receipts of $ 14,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,999.60 | 3,936.44 | 3,936.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 32,189.54 | 32,189.54 | 10,063.56 |
| **TOTAL DISBURSEMENTS** | $0.00 | $37,189.14 | $36,125.98 | $14,000.00 |

    4) This case was originally filed under Chapter 7 on October 13, 2011. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2013    By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MICHIGAN PROPERTY | 1110-000 | 14,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,150.00 | 2,150.00 | 2,150.00 |
| Alan D. Lasko | 3410-000 | N/A | 1,400.85 | 1,400.85 | 1,400.85 |
| Alan D. Lasko | 3420-000 | N/A | 43.13 | 43.13 | 43.13 |
| INNOVALAW, PC | 3120-000 | N/A | 38.16 | 0.00 | 0.00 |
| INNOVALAW, PC | 3210-000 | N/A | 1,025.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.46 | 28.46 | 28.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.37 | 29.37 | 29.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.47 | 26.47 | 26.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.13 | 31.13 | 31.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.24 | 28.24 | 28.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.24 | 27.24 | 27.24 |
| Rabobank, N.A. | 2600-000 | N/A | 21.05 | 21.05 | 21.05 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 13.10 | 13.10 | 13.10 |
| Rabobank, N.A. | 2600-000 | N/A | 18.39 | 18.39 | 18.39 |
| Rabobank, N.A. | 2600-000 | N/A | 19.01 | 19.01 | 19.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,999.60 | $3,936.44 | $3,936.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 9,601.00 | 9,601.00 | 3,001.61 |
| 2 | CANDICA, LLC | 7100-000 | N/A | 1,766.04 | 1,766.04 | 552.12 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,924.42 | 5,924.42 | 1,852.18 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,769.13 | 5,769.13 | 1,803.63 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,751.15 | 2,751.15 | 860.10 |
| 6 | Midland Funding LLC | 7100-000 | N/A | 2,108.27 | 2,108.27 | 659.12 |
| 7 | Dell Financial Services, LLC | 7100-000 | N/A | 4,269.53 | 4,269.53 | 1,334.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $32,189.54 | $32,189.54 | $10,063.56 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 11-41637-BWB  
Case Name: KAMRADT, JEANETTE  
KAMRADT, ALBERT  
Period Ending: 09/12/13  

Trustee: (330180) THOMAS B. SULLIVAN, TRUSTEE  
Filed (f) or Converted (c): 10/13/11 (f)  
§341(a) Meeting Date: 11/03/11  
Claims Bar Date: 04/25/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14030 COKES ROAD, HOMER GLEN | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | MICHIGAN PROPERTY | 10,000.00 | 14,000.00 | | 14,000.00 | FA |
| 3 | CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | FUNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | VARIOUS BOOKS | 200.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 8 | WDDING RINGS | 500.00 | 0.00 | | 0.00 | FA |
| 9 | WEDDING RINGS | 500.00 | 0.00 | | 0.00 | FA |
| 10 | AMERICAN IRA | 95,000.00 | 0.00 | | 0.00 | FA |
| 11 | FIDELITY 401K | 14,000.00 | 0.00 | | 0.00 | FA |
| 12 | VALSPAR PENSION | 5,700.00 | 0.00 | | 0.00 | FA |
| 13 | FIELITY 401S | 259,756.00 | 0.00 | | 0.00 | FA |
| 14 | DODGE KALIBER | 7,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 JEEP LIBERTY | 4,800.00 | 0.00 | | 0.00 | FA |
| 16 | 1996 DODGE RAM VAN | 700.00 | 0.00 | | 0.00 | FA |
| 16 | Assets   Totals (Excluding unknown values) | $580,906.00 | $14,000.00 | | $14,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

MOTION TO SETTLE AND COMPROMISE MI PROPERTY WITH DEBTOR SET FOR 2/17/12; ACCOUNTANT EMPLOYED; AWAITING FINAL TAX RETURNS

Initial Projected Date Of Final Report (TFR): December 31, 2012    Current Projected Date Of Final Report (TFR): June 30, 2013

Printed: 09/12/2013 09:58 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-41637-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KAMRADT, JEANETTE | Bank Name: | The Bank of New York Mellon |
|  | KAMRADT, ALBERT | Account: | 9200-******91-65 - Checking Account |
| Taxpayer ID #: | **-***6370 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/12/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/13/12 | {2} | JEANETTE KAMRADT | SETTLEMENT PAYMENT PER ORDER OF 2/17/12 | 1110-000 | 3,500.00 |  | 3,500.00 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 3,475.00 |
| 04/27/12 | {2} | ALBERT KAMRADT | SETTLEMENT PAYMENT | 1110-000 | 3,500.00 |  | 6,975.00 |
| 04/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,950.00 |
| 05/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,925.00 |
| 06/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,900.00 |
| 07/02/12 | {2} | JENNETTE KAMRADT | SETTLEMENT PAYMENT | 1110-000 | 7,000.00 |  | 13,900.00 |
| 07/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 28.46 | 13,871.54 |
| 08/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 29.37 | 13,842.17 |
| 09/28/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 26.47 | 13,815.70 |
| 10/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 31.13 | 13,784.57 |
| 11/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 28.24 | 13,756.33 |
| 12/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 27.24 | 13,729.09 |
| 01/03/13 |  | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 |  | 13,729.09 | 0.00 |
|  |  |  | ACCOUNT TOTALS |  | 14,000.00 | 14,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 13,729.09 |  |
|  |  |  | Subtotal |  | 14,000.00 | 270.91 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $14,000.00 | $270.91 |  |

{} Asset reference(s)

Printed: 09/12/2013 09:58 AM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-41637-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KAMRADT, JEANETTE | Bank Name: | The Bank of New York Mellon |
|  | KAMRADT, ALBERT | Account: | 9200-******91-66 - Checking Account |
| Taxpayer ID #: | **-***6370 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/12/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)                                                                                                    Printed: 09/12/2013 09:58 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-41637-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KAMRADT, JEANETTE / KAMRADT, ALBERT | Bank Name: | Rabobank, N.A. |
| | | Account: | ****689265 - Checking Account |
| Taxpayer ID #: | **-***6370 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/12/13 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,729.09 | | 13,729.09 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.05 | 13,708.04 |
| 02/13/13 | 11001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-41637, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 13.10 | 13,694.94 |
| 02/13/13 | 11001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-41637, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -13.10 | 13,708.04 |
| 02/13/13 | 11002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-41637, bond#016026455 | 2300-000 | | 13.10 | 13,694.94 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.39 | 13,676.55 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.01 | 13,657.54 |
| 08/06/13 | 11003 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,150.00, Trustee Compensation; Reference: | 2100-000 | | 2,150.00 | 11,507.54 |
| 08/06/13 | 11004 | Alan D. Lasko | Dividend paid 100.00% on $1,400.85, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,400.85 | 10,106.69 |
| 08/06/13 | 11005 | Alan D. Lasko | Dividend paid 100.00% on $43.13, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 43.13 | 10,063.56 |
| 08/06/13 | 11006 | INNOVALAW, PC | Dividend paid 100.00% on $38.16, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 08/06/13 | 3120-000 | | 38.16 | 10,025.40 |
| 08/06/13 | 11006 | INNOVALAW, PC | Dividend paid 100.00% on $38.16, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 08/06/13 | 3120-000 | | -38.16 | 10,063.56 |
| 08/06/13 | 11007 | INNOVALAW, PC | Dividend paid 100.00% on $1,025.00, Attorney for Trustee Fees (Other Firm); Reference: Voided on 08/06/13 | 3210-000 | | 1,025.00 | 9,038.56 |
| 08/06/13 | 11007 | INNOVALAW, PC | Dividend paid 100.00% on $1,025.00, Attorney for Trustee Fees (Other Firm); Reference: Voided: check issued on 08/06/13 | 3210-000 | | -1,025.00 | 10,063.56 |
| 08/06/13 | 11008 | Discover Bank | Dividend paid 27.96% on $9,601.00; Claim# 1; Filed: $9,601.00; Reference: Voided on 08/06/13 | 7100-000 | | 2,684.50 | 7,379.06 |
| 08/06/13 | 11008 | Discover Bank | Dividend paid 27.96% on $9,601.00; Claim# 1; | 7100-000 | | -2,684.50 | 10,063.56 |

Subtotals :    $13,729.09    $3,665.53

{} Asset reference(s)    Printed: 09/12/2013 09:58 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-41637-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KAMRADT, JEANETTE | Bank Name: | Rabobank, N.A. |
|  | KAMRADT, ALBERT | Account: | ****689265 - Checking Account |
| Taxpayer ID #: | **-***6370 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/12/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $9,601.00; Reference:<br>Voided: check issued on 08/06/13 |  |  |  |  |
| 08/06/13 | 11009 | CANDICA, LLC | Dividend paid 27.96% on $1,766.04; Claim# 2;<br>Filed: $1,766.04; Reference:<br>Voided on 08/06/13 | 7100-000 |  | 493.80 | 9,569.76 |
| 08/06/13 | 11009 | CANDICA, LLC | Dividend paid 27.96% on $1,766.04; Claim# 2;<br>Filed: $1,766.04; Reference:<br>Voided: check issued on 08/06/13 | 7100-000 |  | -493.80 | 10,063.56 |
| 08/06/13 | 11010 | Capital One Bank (USA), N.A. | Dividend paid 27.96% on $5,924.42; Claim# 3;<br>Filed: $5,924.42; Reference:<br>Voided on 08/06/13 | 7100-000 |  | 1,656.50 | 8,407.06 |
| 08/06/13 | 11010 | Capital One Bank (USA), N.A. | Dividend paid 27.96% on $5,924.42; Claim# 3;<br>Filed: $5,924.42; Reference:<br>Voided: check issued on 08/06/13 | 7100-000 |  | -1,656.50 | 10,063.56 |
| 08/06/13 | 11011 | Portfolio Recovery Associates, LLC | Dividend paid 27.96% on $5,769.13; Claim# 4;<br>Filed: $5,769.13; Reference:<br>Voided on 08/06/13 | 7100-000 |  | 1,613.08 | 8,450.48 |
| 08/06/13 | 11011 | Portfolio Recovery Associates, LLC | Dividend paid 27.96% on $5,769.13; Claim# 4;<br>Filed: $5,769.13; Reference:<br>Voided: check issued on 08/06/13 | 7100-000 |  | -1,613.08 | 10,063.56 |
| 08/06/13 | 11012 | Portfolio Recovery Associates, LLC | Dividend paid 27.96% on $2,751.15; Claim# 5;<br>Filed: $2,751.15; Reference:<br>Voided on 08/06/13 | 7100-000 |  | 769.24 | 9,294.32 |
| 08/06/13 | 11012 | Portfolio Recovery Associates, LLC | Dividend paid 27.96% on $2,751.15; Claim# 5;<br>Filed: $2,751.15; Reference:<br>Voided: check issued on 08/06/13 | 7100-000 |  | -769.24 | 10,063.56 |
| 08/06/13 | 11013 | Midland Funding LLC | Dividend paid 27.96% on $2,108.27; Claim# 6;<br>Filed: $2,108.27; Reference:<br>Voided on 08/06/13 | 7100-000 |  | 589.49 | 9,474.07 |
| 08/06/13 | 11013 | Midland Funding LLC | Dividend paid 27.96% on $2,108.27; Claim# 6;<br>Filed: $2,108.27; Reference:<br>Voided: check issued on 08/06/13 | 7100-000 |  | -589.49 | 10,063.56 |
| 08/06/13 | 11014 | Dell Financial Services, LLC | Dividend paid 27.96% on $4,269.53; Claim# 7;<br>Filed: $4,269.53; Reference:<br>Voided on 08/06/13 | 7100-000 |  | 1,193.79 | 8,869.77 |
| 08/06/13 | 11014 | Dell Financial Services, LLC | Dividend paid 27.96% on $4,269.53; Claim# 7;<br>Filed: $4,269.53; Reference:<br>Voided: check issued on 08/06/13 | 7100-000 |  | -1,193.79 | 10,063.56 |
| 08/06/13 | 11015 | Discover Bank | Dividend paid 31.26% on $9,601.00; Claim# 1; | 7100-000 |  | 3,001.61 | 7,061.95 |

Subtotals : $0.00 $3,001.61

{} Asset reference(s)  Printed: 09/12/2013 09:58 AM V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 11-41637-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KAMRADT, JEANETTE | | Bank Name: | Rabobank, N.A. |
| | KAMRADT, ALBERT | | Account: | ****689265 - Checking Account |
| Taxpayer ID #: | **-***6370 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/12/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $9,601.00; Reference: | | | | |
| 08/06/13 | 11016 | CANDICA, LLC | Dividend paid 31.26% on $1,766.04; Claim# 2; Filed: $1,766.04; Reference: | 7100-000 | | 552.12 | 6,509.83 |
| 08/06/13 | 11017 | Capital One Bank (USA), N.A. | Dividend paid 31.26% on $5,924.42; Claim# 3; Filed: $5,924.42; Reference: | 7100-000 | | 1,852.18 | 4,657.65 |
| 08/06/13 | 11018 | Portfolio Recovery Associates, LLC | Dividend paid 31.26% on $5,769.13; Claim# 4; Filed: $5,769.13; Reference: | 7100-000 | | 1,803.63 | 2,854.02 |
| 08/06/13 | 11019 | Portfolio Recovery Associates, LLC | Dividend paid 31.26% on $2,751.15; Claim# 5; Filed: $2,751.15; Reference: | 7100-000 | | 860.10 | 1,993.92 |
| 08/06/13 | 11020 | Midland Funding LLC | Dividend paid 31.26% on $2,108.27; Claim# 6; Filed: $2,108.27; Reference: | 7100-000 | | 659.12 | 1,334.80 |
| 08/06/13 | 11021 | Dell Financial Services, LLC | Dividend paid 31.26% on $4,269.53; Claim# 7; Filed: $4,269.53; Reference: | 7100-000 | | 1,334.80 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 13,729.09 | 13,729.09 | $0.00 |
| Less: Bank Transfers | 13,729.09 | 0.00 | |
| Subtotal | 0.00 | 13,729.09 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $13,729.09 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******91-65 | 14,000.00 | 270.91 | 0.00 |
| Checking # 9200-******91-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****689265 | 0.00 | 13,729.09 | 0.00 |
| | $14,000.00 | $14,000.00 | $0.00 |

| September 12, 2013 | /s/ THOMAS B. SULLIVAN, TRUSTEE |
|---|---|
| _____ | _____ |
| Date | THOMAS B. SULLIVAN, TRUSTEE |

{} Asset reference(s)      Printed: 09/12/2013 09:58 AM    V.13.13